In the Matter of BENJAMIN SEEGARS, Appellant, v BRIAN S. FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted October 24, 2011; decided February 9, 2012

Reported below, 84 AD3d 1653.

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 711 (2011)].

JILL WILLIAMS et al., Respondents, v STATE OF NEW YORK, Appellant.

Submitted February 6, 2012; decided February 9, 2012

Reported below, 84 AD3d 412.

Motion by Marvin Bernstein, Director of Mental Hygiene Legal Service, First Judicial Department, et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of WORLD TRADE CENTER BOMBING LITIGATION.

STEERING COMMITTEE et al., Respondents, v THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted October 31, 2011; decided February 9, 2012

Reported below, 51 AD3d 337.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 17 NY3d 428 (2011)].

Concur: Judges CIPARICK, GRAFFEO, READ, PIGOTT, JONES, PRUDENTI* and MERCURE.*

Taking no part: Chief Judge LIPPMAN and Judge SMITH.

---

* Designated pursuant to NY Constitution, article VI, § 2.